**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARCUS WRIGHT,**<br>    **Plaintiff**<br><br>**v.**<br>**ENHANCED RECOVERY**<br>**COMPANY, LLC.**<br>    **Defendant** | )<br>)<br>)<br>)<br>)  **Case No.: 1:16-cv-02324-ABJ**<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: February 8, 2017	BY: */s/ Amy L. Bennecoff Ginsburg*
	Amy L. Bennecoff Ginsburg, Esquire
	Kimmel & Silverman, P.C.
	30 East Butler Pike
	Ambler, PA 19002
	Phone: (215) 540-8888 ext. 167
	Facsimile: (877) 788-2864
	Email: aginsburg@creditlaw.com
	Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 8th day of February, 2017, a true and correct copy of the foregoing pleading served via mail to the below:

>Enhanced Resource Centers
>8014 Bayberry Road
>Jacksonville FL 32256
>Phone: (800) 617-0049

>*/s/ Amy L. Bennecoff Ginsburg*
>Amy L. Bennecoff Ginsburg, Esquire
>Kimmel & Silverman, P.C.
>30 East Butler Pike
>Ambler, PA 19002
>Phone: (215) 540-8888 ext. 167
>Facsimile: (877) 788-2864
>Email: aginsburg@creditlaw.com
>Attorney for Plaintiff